IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| LEAH BELTZ, formerly known as LEAH J. MEDLIN, | : : : | |
| Plaintiff, | : : | |
| v. | : : | |
| CITIMORTGAGE, INC., | : : | CIVIL ACTION NO. 1:15-CV-02649-AT |
| Defendant. | : : | |

## **ORDER**

The Court will hold a hearing on Plaintiff's Verified Motion for Immediate Injunctive Relief (Doc. 4.) on August 27, 2015 at 10:30 A.M. in Courtroom 2308 in the Richard B. Russell United States Courthouse, 75 Spring Street, Atlanta, Georgia. The Parties are directed to focus their arguments and present evidence on the following topics:

1. Whether or not injunctive relief is available for an alleged violation of the Consumer Financial Protection Bureau's mortgage servicing regulations. *See* 12 C.F.R. § 1024.41.

2. Whether or not Plaintiff is barred from asserting any of her claims because of (a) her alleged failure to apply for a loan modification before March 15, 2014, or (b) by any other provisions of the Settlement Agreement. (*See* Doc. 1-3.)

3. Whether or not Defendant waived its right to enforce any portion of the Settlement Agreement by allegedly accepting loan modification applications from Plaintiff after March 15, 2014.

4. Whether or not there is any evidence tending to show or disprove that the Defendant intended to dishonor any obligations it had under the Settlement Agreement.

**IT IS SO ORDERED** this 21st day of August, 2015.

_____
**Amy Totenberg**
**United States District Judge**