IN THE UNITED STATES DISTRICT
COURT NORTHERN DISTRICT OF
GEORGIA ATLANTA DIVISION

| | |
|---|---|
| LEAH BELTZ, formerly known as LEAH J. MEDLIN, <br><br> PLAINTIFF, <br><br> VS. <br><br> CITIMORTGAGE, INC., ET AL. <br><br> DEFENDANT. | * <br> *    CIVIL ACTION NO. <br> *    1:15-CV-2649-AT <br> * <br> * <br> * <br> * <br> * <br> * <br> * |

ORDER

It appearing to the Court that Schuyler Elliott, Attorney at Law, has moved that he be allowed to withdraw as attorney of record for Plaintiff Leah Beltz fna Leah J. Medlin and that said attorney has complied with applicable district court rules: IT IS HEREBY ORDERED that the Clerk is directed to remove Schuyler Elliott as attorney for the Plaintiff Leah Belt fna Leah J. Medlin effective with the docketing of this Order and that all notices or other papers may be sent to Plaintiff by mail at 1061 Ashebrooke Way, NE, Marietta, Georgia 30068. The Clerk, U.S. District Court, is directed to serve a copy of this Order on the Plaintiff, the Plaintiff's attorney, and the Defendant's attorney.

SO ORDERED this 15th day October, 2015.

_____
WALTER E. JOHNSON
UNITED STATES MAGISTRATE JUDGE

Prepared and Presented by:

*Isl*

Schuyler Elliott
Georgia Bar Number 244002
2024 Beaver Ruin Road
Norcross, Georgia 30071
(770)209-7999
(770)209-0033 Fax
Email: semecca@aol.com

DISTRIBUTION LIST

Schuyler Elliott, Esq.
2024 Beaver Ruin Road
Norcross, Georgia 30071

Leah Beltz
1061 Ashebrooke Way, NE
Marietta, Georgia 30068

Ashby Fox, Esq.
Burr & Forman
171 Seventeenth Street, NW
Suite 1100
Atlanta, Georgia 30363