Leah Beltz  (Leah Medlin Beltz)          Civil Action File

Plantiff                                 No. 1:15-CV-02649-AT-WEJ

v.

CitiMortgage, Inc.

Defendant

FILED IN GLERK'S OFFICE
U.S.D.C. Atlanta

JUN 30 2015

JAMES N. HATTEN, Clerk
By:
                                         Deputy Clerk

## Final Report and Recommendation

I am very disheartened to learn the Magistrate Judge is showing no leniency for my situation.

Although I fully agree with all the Complaints my attorney had filed, I do not know Law.

The fact that I didn't understand everything I needed to prove my case, left me at total

disadvantage. The late responses are not being allowed.  There is no way a person representing them

selves can possibly be held to the same exact standards as the Defendant who have bottomless bank

accounts and high ranking attorneys.

I would ask the Court to grant an extended period of time for me to rehire my Attorney and prepare

the additional documentation for our opposition of the Summary for Judgment.  Obviously my simple

and crude responses had zero possibility of proving my side.

I ask that Judge Johnson and Judge Totenburg reconsider the Summary Judgement.  My intent is to

rehire Schuyler Elliott, attorney for the Appeal, if Judge Totenburg agrees with Judge Johnson.  It is

clear that based on the information or lack of, that Judge Johnson has to rule in CitiMortgages' favor.

I also understand he is making this decision based on his knowledge which is just a small portion of the

years of wrongdoing by Citi.

2.

I do respect you ,Judge Johnson and why you came to your decision.  Now I realize that I have a complete "fool" as a client.

It has now become a necessity for me to have Attorney Elliott to handle the Appeal or if the Court's decision changes,  for Trial..   I have contacted my previous attorney, Mr. Elliott and he is aware of my wanting to retain him for the duration of these proceedings.  After we resolve scheduling conflicts,  and I sell some of my personal items for Retainer, my intent is to continue with him as Counsel.

Response to page one:

I agree with all wrtten information

Response to page two:

I agree with all written information

Response to page three:

My intent was to never abandon any complaint, I simply did not understand  that responses were needed or I would have sent them with the other paperwork.  After reading many things that were out of scope of understanding, I have failed.

Response to page four:

I did make several strong allegations, and I now understand they can not be addressed at this time. That is why I am begging  for a Trial, there are many incidents that could not be covered without having Attorney for months.

Response to page five:

I did not realize I was supposed to address every single item.

Response to page six:

I did not realize I was to address this.

Response to page seven:

It does make sense that a person representing themselves must abide by the Law, but there is no

humanly way to understand and  respond the way an experience lawyer would.  I am not sure

where the Leniency is applied.  I am not in prision, where I have lawbooks and endless time.  I am

a mother to a disabled daughter, I work full time, and have a 19 year old son.....I did the best I could

under the circumstances.  I just didn't have the money for an Attorney at that time, with all the moving

expenses from loosing the house in foreclosure.

Response to page eight -13

I fully disagree that a completed loan modification package was never  sent.  Please refer to the

testimony of Judge Jeffrey Grable regarding this issue at the Injunction Hearing.  Judge Johnson

quoted  the testimony of Ms. Schneider of Citi, but she recanted later in the Injunction  Hearing that

they DID receive a completed Loan Modification package.   They simply are using this total lie to get

avoid further issues.

My Attorneys  personally  stacked and sent many  loan modification packages before and after the

Settlement Agreement.

Response to page 14

4.

I definitely didn't agree with Citi's responses , and obviously am forced to rehire attorney.

Response to page 15

My attorney will prove that Citi Mortgage did violate the regulation and that I was damaged.

Response to page 16

The Loss Mitigation application is NOT the same as the Loan Modification Application.  These are two

separate applications.  I do not agree with the Court's understanding about  Citi having to adhere to the

Regulation X.

  The loss Mitigation application is not the same application provided from HAMP .

My entire case is centered around the mishandling of the Loan Modification Application that is through

the HAMP government program.  There is a set of guidelines specifically in place, since the Servicer

of the Loan usually processes the Loan Modification which includes a government created application.

Since Citi was recognized by an Investigation through the Home Affordable Program as mishandling

thousands of Loan Modificaiton packages, the government put rules in place to notify homeowners of

missing docs, and limited amount of days the Servicer/ Citi could take to process and other stipulations.

I was never offered a private Citi Loan Modification or the HARP program.....I was offered only the

Home Affordable Mortgage Program, where the government gave money to Citi for putting the

program in place.

Responses to page 17:

I was NOT notified that there were missing documents.  My attorney proved that everything was

included.  They stated one form that was provided on the HAMP website had a date in small

5.

on the bottom that could not be used.  My attorney explained every single word was the same, and that

it was on the HAMP website (only the printed date from Hamp was different).  They wouldn't allow

us sending in that one form again, or accepting the one that obviously was still on the HAMP website

 That is why I filed suit.

Response to page 18

Ms. Schneider later changed her testimony at the Injunction Hearing that she DID receive a

complete loan modification package.  She used the excuse that my attorney had sent e mail several

weeks after they received the LAST loan modification package.  It was additional information about

my husband's pay increase, so she testified she THEN considered it incomplete. Notifying them of a

pay raise the minute we found out gave them an excuse to say the Loan Modification package was

incomplete.  It is unlawful to NOT update the Servicer reviewing Loan Modification if there is ANY

change in income during the process.

There was only a letter from his company about the raise,  since it just went into effect. There were NO

 paystubs at that point since it was a letter notifying Citi about the raise.   It didn't hold

anything up, it was just letting them know of this putting us in a better position.  I was following the

law and notifying them of income raise, so they turned it around that the Loan Modification was

SUDDENLY incomplete?

   We can prove that every single thing

was in the Loan Modification packages over and over.  Citi would not respond for weeks, and on two

occasions months.

6.

Response to page 19

I did not self inflict issues with the Loan Modification . The legal department would not return calls

during the settlement agreement, laid off the entire modification team for two weeks, and would

not pick up the phone in the  legal department or answer multiple e mails placed by others in

 processing department to discuss the options.  Citi had agreed to allow me contact with the legal

 department, but did not follow through.  I needed clarification since my husband had fouond a better

paying job, due to me having to spend more time with my disabled daughter.  The HAMP program

 suggests that Lenders can reduce balance, interest rate and penalties to make the HAMP modification

 work.  They would not discuss anything with me during the entire 6 years.

My attorney asked Citi repeatedly to allow me to continue the 1,524.00 modified payments they had

put in place for over one year.  Citi refused my payments, and used the excuse they had dropped the

ball and never booked the original modification.  If I were able to continue payments, I would not  be

showing 6 years of foreclosure status and accrued the extra 100,000 penalties and interest!

Response to Page 20

Dual tracking was absolutely done in 2013 by  Citi to me!  After having investors approach my front

door, my home had been advertised as a foreclosure being sold on courthouse steps.  My attorney sent

proof directly to Citi's counsel with the advertisment.  They removed the ad, after realizing that they

 were DUAL TRACKING.

Response to page 21

No comment without attorney

Response to page 22

CFPB created a new law in 2015 that did cover the response time and reporting of progress of the Loan Modification process. CitiMortgage responded to my Claim of their mishandling, but in the Summary Judgement misled the Court or purposefully confused the Court by not addressing the exact part of the law pertaining to modifications. Yes they were not collecting on a loan as they stated to muddy the water for their REAL mishandling. Please refer to the exact details relating to the loan modification process instead of them leading you to the path of them not falling under the law in this situation.

I appreciate your time and effort and hope that you realize I am desperate to have a Trial to expose the issues. I did not have any intention of disrespecting any of the Judges reviewing this, I am so passionate about all the wrongdoing over six and one half years. This is personal, this is my life and it has been on hold for over six years...not because I wanted a free home.....I wanted to earn a Loan Modificaton that was given to me for over 1 ½ years and then taken away.

Leah Beltz

450 Hillcrest Dr.

Marietta, Ga   30064